ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - ) | |
| ) | |
| Pangea, Inc. ) | ASBCA Nos. 62561, 62640 |
| ) | |
| Under Contract No. W912WR-17-C-0039 ) | |

APPEARANCES FOR THE APPELLANT:     John C. Grellner, Esq.
                                   J. Randolph Parham, Esq.
                                     Berger, Cohen & Brandt, L.C.
                                     Clayton, MO

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   Bonnie B. Jagoditz, Esq.
                                   Johanna L. Anderson, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Nashville

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: August 14, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62561, 62640, Appeals of Pangea, Inc., rendered in conformance with the Board's Charter.

Dated: August 15, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals